**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **AFG Latam Sim Holdings III, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-4262592** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1450 Lee Wagener Boulevard** <br> **Fort Lauderdale, FL 33315-3558** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Broward** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.afgsim.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **AFG Latam Sim Holdings III, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   8299

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **AFG Latam Sim Holdings III, LLC**                     Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

Debtor   **See Rider 1 attached hereto** _____   Relationship   **Affiliate** _____

District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in this district?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **AFG Latam Sim Holdings III, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/11/2026
_____
MM / DD / YYYY

**X**  /s/ Lawrence Perkins                          **Lawrence Perkins**
_____          _____
Signature of authorized representative of debtor       Printed name

Title    **Chief Restructuring Officer**
_____

**18. Signature of attorney**

**X**  /s/ Mary F. Caloway                          Date    02/11/2026
_____          _____
Signature of attorney for debtor                          MM / DD / YYYY

**Mary F. Caloway**
_____
Printed name

**Pachulski Stang Ziehl & Jones LLP**
_____
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
_____
Number, Street, City, State & ZIP Code

Contact phone    **302-652-4100**          Email address    **mcaloway@pszjlaw.com**

**3059 DE**
_____
Bar number and State

## RIDER 1 – AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition, that have filed voluntary petitions for relief in this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended, substantially contemporaneously with the filing of this petition.

|     | DEBTOR'S NAME | DEBTOR'S EIN |
|-----|---------------|--------------|
| 1.  | Avenger Flight Group, LLC | 46-1371216 |
| 2.  | AFG Dallas III, LLC | 85-1245615 |
| 3.  | AFG Dallas IV, LLC | 87-1435558 |
| 4.  | AFG Dallas, LLC | 81-2473418 |
| 5.  | AFG EU Operations Corp. | 93-2799406 |
| 6.  | AFG FLL, LLC | 92-1346470 |
| 7.  | AFG Latam Holding Corp. | 83-0606475 |
| 8.  | AFG Latam Sim Holdings II, LLC | 83-3470473 |
| 9.  | AFG Latam Sim Holdings III, LLC | 83-4262592 |
| 10. | AFG Latam Sim Holdings IV, LLC | 83-4500093 |
| 11. | AFG Latam Sim Holdings, LLC | 83-0606475 |
| 12. | AFG Latam, LLC | 82-4819545 |
| 13. | AFG Mexico Corp | 84-2731402 |
| 14. | AFG Orlando, LLC | 87-1558409 |
| 15. | AFG Sanford, LLC | 87-3226661 |
| 16. | AFG Sim Holding Corp. | 84-2483325 |
| 17. | Avenger Flight Group Europe, Corp. | 83-4375908 |
| 18. | Avenger Flight Group Topco, LLC | 99-4135643 |
| 19. | Avenger Flight Training, LLC | 47-1735640 |
| 20. | Avenger Flight Group Mexico II, S. DE R.L. DE C.V | N/A |
| 21. | Papi Flight Training, LLC | 46-3866206 |

**OMNIBUS WRITTEN CONSENT AND APPROVAL
BY THE INDEPENDENT MANAGER
OF
AVENGER FLIGHT GROUP TOPCO, LLC
AND THE DIRECTORS AND MANAGERS OF ITS SUBSIDIARIES**

February 10, 2026

The undersigned, being the independent manager of AVENGER FLIGHT GROUP TOPCO, LLC, ("**Topco**"), a Delaware limited liability company, and all of the members of the boards of directors or managers, as applicable (each, an **"Authorizing Body"** and, collectively, the **"Authorizing Bodies"**) of each of the other entities listed on Exhibit A hereto, (each a **"Company"**, and collectively, the **"Companies"**), pursuant to the applicable laws of the jurisdiction in which each such Company is organized or incorporated, as applicable, and the applicable governing documents of the Companies (collectively, the **"Governing Documents"**), acting by written consent in lieu of a meeting, do hereby unanimously consent to the adoption of the following resolutions (the **"Resolutions"**) and direct that this action by unanimous written consent (this **"Written Consent"**) be filed in the records of the Companies. The undersigned hereby agree that the Resolutions set forth below shall be deemed to have been adopted to the same extent, and to have the same force and effect, as though adopted at a meeting of the Authorizing Body of each Company, duly called and acting upon proposals to adopt such Resolutions.

RECITALS:

**WHEREAS,** pursuant to that certain Action by Written Consent of the Lender Representative of Topco, effective as of January 12, 2026, Hooman Yazhari has been designated as the independent and sole Manager of Topco (the **"Independent Manager"**);

**WHEREAS,** pursuant to Topco's Second Amended and Restated Limited Liability Company Agreement dated as of December 2, 2025, and the foregoing action of the Lender Representative, Topco is managed, governed, administered, regulated, operated and controlled by the Independent Manager;

**WHEREAS,** Topco is the sole member of Avenger Flight Group, LLC (**"AFG"**), which in turn is the sole member or sole stockholder, as applicable, of each of the other Companies listed on Exhibit A hereto (collectively, together with AFG, the **"U.S. Subsidiaries"** and, together with Topco, the **"U.S. Company Group"**);

**WHEREAS**, Lawrence Perkins has been appointed to serve as the Chief Restructuring Officer (the **"Chief Restructuring Officer"**) of each of the Companies;

**WHEREAS**, the Independent Manager and the Authorizing Bodies, with the assistance of the Companies' advisors, have reviewed and considered the financial condition of the U.S. Company Group, including its liabilities, liquidity, and short-term and long-term prospects, and the strategic alternatives available to the U.S. Company Group;

**WHEREAS**, the Independent Manager and the Authorizing Bodies reviewed and considered (a) the filing of a voluntary petition (collectively, the "**Chapter 11 Petitions**") for relief for each Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "**Bankruptcy Code**") pursuant to applicable law and in accordance with the requirements of each Company's Governing Documents and applicable law, (b) the incurrence of debtor in possession financing and the use of cash collateral (each as defined herein); (c) pursuing a sale of the Companies' assets and (d) the retention of professionals; and

**WHEREAS**, the Independent Manager and the Authorizing Bodies desire to authorize certain officers of the Company to execute, deliver, and file the Chapter 11 petitions and all documents, schedules, pleadings, motions, and papers necessary, appropriate, or convenient to commence and prosecute the Chapter 11 Cases and to approve and ratify all actions taken or to be taken in connection therewith;

RESOLUTIONS:

The following resolutions are hereby adopted by the Companies:

**NOW, THEREFORE, BE IT RESOLVED**, that the Independent Manager and the Authorizing Bodies hereby determine that it is advisable and in the best interests of the U.S. Company Group to file the Chapter 11 Petitions and commence a chapter 11 case (the "**Chapter 11 Cases**") for each Company in the United States Bankruptcy Court (the "Bankruptcy Court");

**FURTHER RESOLVED**, that the Independent Manager and the Authorizing Bodies hereby authorize and empower the Chief Restructuring Officer and any other duly authorized officer of any of the Companies (each, an "**Authorized Officer**"), acting alone or with one or more other Authorized Officers, to execute, deliver, and file or cause to be filed the Chapter 11 Petitions and commence the Chapter 11 Cases;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby, is, authorized, empowered, and directed to employ on behalf of each Company: (a) Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel; (b) SierraConstellation Partners ("**SCP**") as restructuring advisor; (c) Seabury Aviation Partners LLC and Seabury Securities LLC (collectively, "**Seabury**"), as investment banker; (d) Kurtzman Carson Consultants, LLC dba Verita Global ("**Verita**") as solicitation, claims, and noticing agent; and (e) any other legal counsel, accountants, financial advisors, restructuring advisors, or other professionals that the Authorized Officers deem necessary, appropriate, or advisable; each to represent and assist each Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses); and in connection therewith, the Authorized Officers, be, and hereby are, authorized, empowered, and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services; to represent and assist the Companies in carrying out their duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Companies' rights in connection therewith;

**FURTHER RESOLVED**, that each Authorized Officer is authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized and empowered to enter into an asset purchase agreement to effectuate such asset sales on such terms that management determines will maximize value, and each Authorized Officer is further authorized to file a motion or motions to approve such sale and for any related relief, or to approve a sale to a higher and better bidder, and to close such sale, subject to Bankruptcy Court approval in the Chapter 11 Cases;

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized and empowered, acting alone or with one or more other Authorized Officers, to execute, deliver, and file or cause to be filed with the Bankruptcy Court all motions, applications, schedules, statements, lists, pleadings, plans, affidavits, and other papers necessary, appropriate, or convenient to facilitate the commencement, prosecution, and administration of the Chapter 11 Cases and all matters and proceedings related thereto;

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized and empowered to take any and all actions, and to execute, deliver, and perform any and all agreements, instruments, certificates, and documents, as such Authorized Officer may deem necessary, appropriate, or advisable to carry out the purpose and intent of the foregoing resolutions, including, without limitation, obtaining post-petition financing, use of cash collateral, asset sales, retention of professionals, and plan-related matters, subject to approval of the Bankruptcy Court where required;

**FURTHER RESOLVED**, that any and all actions heretofore taken by the Independent Manager, any Authorized Officer, or any other officer, employee, or representative of the U.S. Company Group in connection with the matters contemplated by the foregoing resolutions are hereby ratified, confirmed, and approved in all respects; and it is

**FURTHER RESOLVED**, that this Written Consent may be executed in one or more counterparts, including by any form or format of electronic delivery, each of which shall be deemed an original, but all of which, when taken together, shall constitute one and the same document and instrument.

The undersigned persons have duly executed and delivered this Written Consent as of the date first written above.

**INDEPENDENT MANAGER:**

**Avenger Flight Group Topco, LLC**

*Hooman Yazhari*
Hooman Yazhari (Feb 6, 2026 09:41:43 PST)
_____
Hooman Yazhari
Independent Manager

**Avenger Flight Group, LLC**

*Hooman Yazhari*
Hooman Yazhari (Feb 6, 2026 09:41:43 PST)
_____
Hooman Yazhari
Independent Manager

**DIRECTORS AND MANAGERS:**

**AFG EU Operations Corp**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)
_____
Eduardo Carrasco
Director

*Elsa Gagnon*
_____
Elsa Gagnon
Director

**AFG Latam Holding Corp.**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)
_____
Eduardo Carrasco
Director

*Elsa Gagnon*
_____
Elsa Gagnon
Director

**AFG Mexico Corp.**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Director

*Elsa Gagnon*

Elsa Gagnon
Director

**AFG Sim Holding Corp.**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Director

*Elsa Gagnon*

Elsa Gagnon
Director

**Avenger Flight Group Europe, Corp.**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Director

*Elsa Gagnon*

Elsa Gagnon
Director

**AFG Latam Sim Holdings, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

*Elsa Gagnon*

Elsa Gagnon
Manager

**AFG Latam Sim Holdings II, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

Elsa Gagnon

Elsa Gagnon
Manager

**AFG Latam Sim Holdings III, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

Elsa Gagnon

Elsa Gagnon
Manager

**AFG Latam Sim Holdings IV, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

Elsa Gagnon

Elsa Gagnon
Manager

**AFG Latam, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

Elsa Gagnon

Elsa Gagnon
Manager

**AFG Dallas, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

Elsa Gagnon

Elsa Gagnon
Manager

**AFG Dallas III, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

Elsa Gagnon

Elsa Gagnon
Manager

**AFG Dallas IV, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

Elsa Gagnon

Elsa Gagnon
Manager

**AFG FLL, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

Elsa Gagnon

Elsa Gagnon
Manager

**AFG Orlando, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

Elsa Gagnon

Elsa Gagnon
Manager

**AFG Sanford, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

Elsa Gagnon

Elsa Gagnon
Manager

**Avenger Flight Training, LLC**


Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

_Elsa Gagnon_

Elsa Gagnon
Manager


**Papi Flight Training, LLC**

Eduardo Carrasco (Feb 6, 2026 13:51:01 EST)

Eduardo Carrasco
Manager

_Elsa Gagnon_

Elsa Gagnon
Manager

**Exhibit A**
**U.S. Company Group**

1.  Avenger Flight Group Topco, LLC
2.  Avenger Flight Group, LLC
3.  AFG Latam Holding Corp.
4.  AFG Latam Sim Holdings, LLC
5.  AFG Latam Sim Holdings II, LLC
6.  AFG Latam Sim Holdings III, LLC
7.  AFG Latam Sim Holdings IV, LLC
8.  AFG Latam, LLC
9.  AFG Sim Holding Corp.
10. AFG Dallas, LLC
11. AFG Dallas III, LLC
12. AFG Dallas IV, LLC
13. AFG EU Operations Corp.
14. AFG FLL, LLC
15. AFG Orlando, LLC
16. AFG Sanford, LLC
17. Papi Flight Training, LLC
18. Avenger Flight Training, LLC
19. AFG Mexico Corp
20. Avenger Flight Group Europe, Corp.

| Fill in this information to identify the case: |
| --- |
| Debtor name  Avenger Flight Group, LLC |
| United States Bankruptcy Court for the:  District of Delaware |
| (State) |
| Case number (If known):  _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ALLEGIANT AIR, LLC MICHELLE BATHALTER 1201 NORTH TOWN CENTER DRIVE LAS VEGAS, NV 89144 | MICHELLE BATHALTER EMAIL: MICHELLE.BATHALTER@ALLEGIANT AIR.COM | LOANS | | | | $7,786,213.18 |
| 2 | SPIRIT AIRLINES, INC. GARY MCMILLAN, REMA FISHER 2800 EXECUTIVE WAY MIRAMAR, FL 33025 | GARY MCMILLAN, REMA FISHER EMAIL: GARY.MCMILLAN@SPIRIT.COM; REMA.FISHER@SPIRIT.COM | TRADE DEBT | | | | $4,528,143.00 |
| 3 | PEDRO SORS ADDRESS ON FILE | PEDRO SORS EMAIL: ON FILE | UNSECURED NOTE | | | | $2,598,258.00 |
| 4 | PROLOGIS JOHN KRUSZEWSKI PIER 1, BAY 1 SAN FRANCISCO, CA 94111 | JOHN KRUSZEWSKI EMAIL: JKRUSZEWSKI@PROLOGIS.COM | RENT | | | | $990,707.92 |
| 5 | JOHN PINCAVAGE ADDRESS ON FILE | JOHN PINCAVAGE PHONE: ON FILE EMAIL: ON FILE | UNSECURED NOTE | | | | $966,487.00 |
| 6 | ALISON SORS ADDRESS ON FILE | ALISON SORS EMAIL: ON FILE | UNSECURED NOTE | | | | $906,082.00 |

Debtor __Avenger Flight Group, LLC__  
     Name

Case number _(if known)_ _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | SADR LOGISTIC SERVICES COMPANY BANDAR MOHAMAD AL SAMAANI ANAS BIN MALEK ST. ALYASMEEN DISTRICT- PO BOX 3164 AL RIYADH, 52354 SAUDI ARABIA | BANDAR MOHAMAD AL SAMAANI EMAIL: BANDER@SADR.COM.SA | RENT | | | | $712,303.20 |
| 8 | BOW SYSTEMS SHEHZAD AHMED MIR 07, ROYAL INN PLAZA KOHISTAN ROAD, MARKAZ F-8 ISLAMABAD, 44000 PAKISTAN | SHEHZAD AHMED MIR EMAIL: SHEHZAD@BOWSYSTEMS.COM | TRADE DEBT | | | | $699,888.75 |
| 9 | BARDOLI HOLDINGS CORP. MARIA ACEVEDO TORTOLA PIER PARK, BUILDING I SECOND FLOOR TORTOLA ROAD TOWN TORTOLA, BRITISH VIRGIN ISLANDS | MARIA ACEVEDO EMAIL: MARIA@ACEVEDOBELT.COM | LOAN | | | | $570,660.00 |
| 10 | RAYMOND JAMES & ASSOCIATES, INC ADAM KAUFFMAN ONE WALL STREET NEW YORK, NY 10286 | ADAM KAUFFMAN EMAIL: ADAM.KAUFFMAN@RAYMONDJAMES.COM | TRADE DEBT | | | | $500,000.00 |
| 11 | FTD SYSTEMS & ASSOCIATES, LLC PEDRO SORS 3113 WOODCREEK DRIVE DOWNERS GROVE, IL 60515 | PEDRO SORS EMAIL: PEDROSORS@FTFSIM.COM | TRADE DEBT | | | | $313,588.78 |
| 12 | VIDA MAR ENTERPRISES LLC LUIS MIER ADDRESS ON FILE C/O HESS LAW FIRM ATTN EPHRAIM ROY HESS 205 DAVIE BOULEVARD FORT LAUDERDALE, FL 33315 | LUIS MIER EMAIL: ON FILE EPHRAIM ROY HESS PHONE: 954-585-8599 EMAIL: ERH@THEHESSFIRM.COM | UNSECURED NOTE | | | | $241,622.00 |
| 13 | ANGELA ANDREA RESTREPO, PA ADDRESS ON FILE | ANGELA RESTREPO EMAIL: ON FILE | UNSECURED NOTE | | | | $241,622.00 |
| 14 | DECATUR BUSINESS CENTER, LLC TERRY YORK 6280 S. VALLEY VIEW BLVD. SUITE 106 LAS VEGAS, NV 89118 | TERRY YORK EMAIL: TERRY@YORKINVESTMENTSLLC.COM | RENT | | | | $102,188.47 |

Debtor __Avenger Flight Group, LLC__                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | VALLEY VIEW OWNER, LLC C/O ALPHA INDUSTRIAL PROPERTIES 1500 NORTH HALSTED STREET 2ND FLOOR CHICAGO, IL 60642<br><br>C/O KKR ASSET MANAGEMENT 600 TRAVIS STREET SUITE 7200 HOUSTON, TX 77002<br><br>C/O JLL INDUSTRIAL PROPERTY MANAGEMENT 2401 CEDAR SPRINGS RD, SUITE 100 – IPM DALLAS, TX 75201 | NEIL KLEIN, COO EMAIL: NKLEIN@ALPHAINDPROP.COM<br><br>ASSET MANAGEMENT EMAIL: LINDSEY.WRIGHT@KKR.COM<br><br>LINDSEY GRIFFIN PHONE: 214-438-1574 EMAIL: LINDSEY.GRIFFIN@JLL.COM | RENT | | | | $94,943.92 |
| 16 | MULTIPLE PILOT SIMULATIONS (MPS) PHILIP ADRIAN, CEO KONINGIN WIHELMINAWEG 449 GROENEKAN, 3737 BE THE NETHERLANDS | PHILIP ADRIAN, CEO PHONE: +31 346212777 EMAIL: INFO@MPS.AERO | TRADE DEBT | D | | | $89,112.41 |
| 17 | SIMULATOR COMPONENTS, INC. DAN DRAKE 1749 ROSELAWN AVE. WEST MINNEAPOLIS, MN 55113 | DAN DRAKE PHONE: 612-619-1190 EMAIL: DAN@SIMULATORCOMPONENTS.COM | TRADE DEBT | | | | $51,555.55 |
| 18 | DE LA HOZ, PEREZ & BARBEITO, PLLC TONY DE LOS RIOS 2800 PONCE DE LEON BLVD., SUITE 1020 CORAL GABLES, FL 33134 | TONY DE LOS RIOS PHONE: 305-448-5585 EMAIL: TDELOSRIOS@DPBCPA.COM | TRADE DEBT | C, D | | | $50,000.00 |
| 19 | AVIOVISION NV ATTN: DIRECTOR OR OFFICER HERKENRODESINGEL 8/D.3.01 3500 HASSELT BELGIUM | ATTN: DIRECTOR OR OFFICER EMAIL: ACCOUNTING@AVIOBOOK.AERO | TRADE DEBT | | | | $43,437.80 |
| 20 | AE TEXAS ATTN: DIRECTOR OR OFFICER 2170 BUCKTHORNE PL., SUITE 375 THE WOODLANDS, TX 77380 | ATTN: DIRECTOR OR OFFICER EMAIL: CARE@AETEXAS.COM | TRADE DEBT | | | | $36,796.31 |
| 21 | OMEGA AIR, INC CAMERON LESLIE 11827 TECH COM STE 220 SAN ANTONIO, TX 78233-6014 | CAMERON LESLIE EMAIL: CAMLESLIE@OMEGA.AERO | TRADE DEBT | | | | $33,750.00 |

Debtor __Avenger Flight Group, LLC_____     Case number *(if known)* _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | DUKE SECURED FINANCING 2009-1ALZ, LLC C/O DUKE REALTY CORP. 1301 W. 22ND STREET SUITE 800 OAK BROOK, IL 60523 | MINNEAPOLIS MARKET, VICE PRESIDENT, REGIONAL ASSET MANAGER | RENT | | | | $28,901.02 |
| 23 | ATLAS ELECTRONICS, INC JOHN PAUL KHOURY 2737 IRVING BLVD. DALLAS, TX 75207 | JOHN PAUL KHOURY PHONE: 214-631-2902 EMAIL: JOHNPKHOURY@GMAIL.COM | TRADE DEBT | | | | $26,452.95 |
| 24 | INFINITY JYLP LLC 2257 VISTA PARKWAY SUITE 15 WEST PALM BEACH, FL 33411 | STEVEN E. MCCRANEY PHONE: 561-478-7111 EMAIL: SMCCRANEY@MCCRANEYPROPERTY.COM | RENT | | | | $25,527.11 |
| 25 | KRAUTHAMER & ASSOCIATES LLC ERIC HONG 7101 WISCONSIN AVE., SUITE 1210 BETHESDA, MD 20814 | ERIC HONG EMAIL: EHONG@KAPARTNERS.COM | TRADE DEBT | | | | $25,000.00 |
| 26 | FRONTIER AIRLINES, INC HOWARD DIAMOND, EVP LEGAL 4545 AIRPORT WAY DENVER, CO 80239 | HOWARD DIAMOND, EVP LEGAL EMAIL: HOWARD.DIAMOND@FLYFRONTIER.COM | TRADE DEBT | | | | $10,000.00 |
| 27 | QUALITY BEARINGS ONLINE LTD UNIT 2/3 GELDERD PARK 98 GELDERD ROAD HOLBECK, LEEDS LS12 6HJ UNITED KINGDOM | JADE WENDEL, FINANCE MGR EMAIL: ACCOUNTS@QUALITYBEARINGSONLINE.COM | TRADE DEBT | | | | $9,000.00 |
| 28 | ARAMARK REFRESHMENT SERVICES ACCOUNTS RECEIVABLE 2400 MARKET STREET PHILADELPHIA PA 19103 | ACCOUNTS RECEIVABLE EMAIL: ARS-AR@ARAMARK.COM | TRADE DEBT | | | | $6,767.45 |
| 29 | FIELDFISHER LLP UK MARCEL WILLEMS RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM | MARCEL WILLEMS EMAIL: MARCEL.WILLEMS@FIELDFISHER.COM | TRADE DEBT | | | | $6,037.94 |
| 30 | SIM INTERNATIONAL LEASE I B.V. AND AFFILIATES FRANK UIT DEN BOGAARD WATTSTRAAT 7 ASASSENHEIM, NL 2171 TP THE NETHERLANDS | FRANK UIT DEN BOGAARD PHONE: +31 (0) 6 30 578970 EMAIL: FRANK@SIM-INTERNATIONAL.COM | TRADE DEBT | U | | | UNLIQUIDATED |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AFG Latam Sim Holdings III, LLC,[1] | Case No. 26-[_____] (___) |
| Debtor. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*check if applicable*]

      Name:      Avenger Flight Group, LLC
      Address:    1450 Lee Wagener Boulevard
                    Fort Lauderdale, FL 33315-3558

---

[1] The location of the Debtor's corporate headquarters and the Debtor's service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL  33315, and the last four digits of the Debtor's federal tax identification number is 5615.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AFG Latam Sim Holdings III, LLC,[1] | Case No. 26-[_____] (___) |
| Debtor. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| AVENGER FLIGHT GROUP, LLC | 1450 LEE WAGENER BOULEVARD FORT LAUDERDALE, FL 33315-3558 | 100% |

---

[1] The location of the Debtor's corporate headquarters and the Debtor's service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL  33315, and the last four digits of the Debtor's federal tax identification number is 1216.

**Fill in this information to identify the case:**

Debtor name    **AFG Latam Sim Holdings III, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration   **Corporate Ownership Statement, List of Equity Security Holders, and Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __02/11/2026__    **x** __/s/ Lawrence Perkins_____
                                     Signature of individual signing on behalf of debtor

                                     **Lawrence Perkins**
                                     Printed name

                                     **Chief Restructuring Officer**
                                     Position or relationship to debtor